# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

131908

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RAVIS ANTHONY ANDREWS,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131908
COA: 259834
Washtenaw CC: 03-002138-FC

_____/

      On order of the Court, the application for leave to appeal the June 27, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Johnston* (Docket No. 130526) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

p0122

Clerk